**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FIFTH THIRD BANK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JAMES PICKUS )<br>)<br>Defendant ) | No. 09 C 1764<br><br>Hon. William T. Hart, J.<br>Hon. Sidney Schenkier, M.J. |

## UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

Plaintiff, FIFTH THIRD BANK, by ERIC S. PALLES and RAVITZ & PALLES, P.C., one of his attorneys, moves for entry of judgment against JAMES PICKUS in the amount of $627,850.00, and in support hereof, states as follows:

1. On March 20, 2009, plaintiff filed its Complaint, claiming defendant's liability under a Term Note dated December 1, 2006. (Dkt.1) The Note authorizes plaintiff to confess judgment against him. (Dkt. 1, Exhibit 1 at ¶21).

2. On March 20, 2009, Gary Ravitz, a member of the firm representing plaintiff, appeared on behalf of James Pickus, waived the issuance and service of process and confessed judgment against him. (Dkt. 5)

WHEREFORE, plaintiff FIFTH THIRD BANK prays that this Court enter judgment against defendant JAMES PICKUS, in the proposed form submitted contemporaneously herewith..

                                Respectfully submitted,

                                /s/ Eric S. Palles
                              One of the Attorneys for Plaintiff, Fifth Third Bank

ERIC S.PALLES
RAVITZ & PALLES, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689